UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

AARON JOSE PEREZ,

               Defendant.

CASE NO. 11CR4408

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, with prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Cocaine

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/11/2011

Mitchell D. Dembin
U.S. Magistrate Judge